UNITED STATE DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

RAYMOND LAPOINTE,                )
                                 )
Plaintiff                        )
                                 )
vs.                              )   C.A NO: 1:16-CV-10532-MPK
                                 )
SILKO MOTOR SALES, INC.,         )
                                 )
Defendant                        )

## DEFENDANT SILKO MOTOR SALES INC.'S MOTION FOR SUMMARY JUDGMENT

The Defendant, Silko Motor Sales Inc.'s, moves this Court enter summary judgment in its favor. As grounds therefore, Silko Motor Sales states that the Plaintiff, Raymond Lapointe, was injured by a risk inherent in the work his employer had contracted to perform for Silko Motor Sales, and therefore as a matter of law, the Defendant owed no duty to the Plaintiff.

Specifically, Mr. Lapointe was the employee of Patriot Franchise Group d/b/a Jan Pro Cleaning Systems, an independent contractor. The contract between Jan Pro and Silko Motor Sales specifically required Jan Pro to clean the service area floor where Mr. Lapointe alleges to have been injured after slipping on oil while performing Jan Pro's cleaning services. Mr. Lapointe acknowledged the oil that caused him to slip was his responsibility to clean pursuant to the contract. Therefore, summary judgment is appropriate as his injury was a result of a risk inherent in the contract and a condition he was hired to correct. In further support of this motion, the Defendant refers to the attached memorandum.

Wherefore, the Defendant, Silko Motor Sales Inc.'s, requests summary judgment enter in its favor.

/s/ John F. Gleavy

Francis J. Lynch, III, BBO 308 740
John F. Gleavy, BBO 636 888
Jgleavy@lynchlynch.com
Lynch & Lynch
45 Bristol Drive
South Easton, MA  02375
(508) 230-2500

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants upon receipt of notification of same from the court.

/s/ John F. Gleavy

John F. Gleavy, BBO 636 888
Lynch & Lynch
45 Bristol Drive
South Easton, MA  02375
(508) 230-2500